# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Alana Erickson, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING STIPULATION** |
| | ) | **TO DISMISS** |
| vs. | ) | |
| | ) | |
| John P. Lint; and CloseMaid Corp., | ) | Case No. 3:16-cv-379 |
| | ) | |
| Defendants. | ) | |

Before the court is a "Stipulation to Dismiss with Prejudice" filed by the parties on October 23, 2018. The court **ADOPTS** the stipulation (Doc. No. 46) and dismisses the above-entitled action with prejudice and each party to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated this 24th day of October, 2018.

>   */s/ Charles S. Miller, Jr.*
>   Charles S. Miller, Jr., Magistrate Judge
>   United States District Court